### ALBERT T. WALLACE *vs*. WILLIE O. BURR.

First Judicial District.

Argued January 9th—decided March 5th, 1914.

ACTION to recover damages for personal injuries alleged to have been .caused by the defendant's negligence, brought to the Superior Court in Hartford County where the plaintiff was nonsuited in a .trial to the jury before *Case, J.*, and from the refusal of the trial. court to set aside this judgment the plaintiff appealed. *No error.*

*Ezra C. Terry*, for the appellant (plaintiff).

*Joseph L. Barbour* and *Hugh M. Alcorn*, for the appellee .(defendant).

PER CURIAM. Upon .the evidence presented by the plaintiff .the jury .could not reasonably have found .either that the defendant .was. guilty of .negligence or

the plaintiff free from contributory negligence. A judgment of nonsuit was therefore properly rendered.

There is no error.